No. 74–1185. FIRESTONE PLASTICS CO., DIVISION OF FIRESTONE TIRE & RUBBER CO., ET AL. v. UNITED STATES DEPARTMENT OF LABOR ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–961. DILLON v. ANTLER LAND COMPANY OF WYOLA ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1090. TERRELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1164. ALFRED A. KNOPF, INC., ET AL. v. COLBY, DIRECTOR, CENTRAL INTELLIGENCE AGENCY, ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1268. CITY OF CHICAGO ET AL. v. CHICAGO AREA MILITARY PROJECT ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1279. SUTT ET AL. v. FIRST NATIONAL BANK OF KANSAS CITY ET AL. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–6079. BEARD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–6094. GOLON v. UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.